IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01062-BNB

RANI F. ABUZAHRA,

    Plaintiff,

v.

LT. ANDERSON, Food Services Manager, and
CAPT. ROBERT McMAHAN, Douglas County Sheriff's Office,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On April 29, 2010, Plaintiff Rani F. Abuzahra submitted to the Court a *pro se* Prisoner Complaint. At the time Mr. Abuzahra initiated the instant action, he was detained at the Douglas County Jail in Castle Rock, Colorado.

On May 7, 2010, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Abuzahra to submit a certified trust fund account statement for the six-month period immediately preceding the filing of this action. Mr. Abuzahra was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

The May 7 Order to Cure was returned to the Court on May 14, 2010, and the envelope, in which the Order was sent to Mr. Abuzahra, was marked, "Return to Sender Not Deliverable as Addressed Unable to Forward." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within five days of any change of

address. Nonetheless, Mr. Abuzahra now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this  25th  day of  June , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01062-BNB

Rani F. Abuzahra
Prisoner No. 201000000741
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/29/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk